**FILED**
SEP - 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NO. _____

ELIJAH W. RATCLIFF,
COMPLAINANT
VS
ELIZABETH EVELYN COKER (EVANS);
INDYMAC BANK, F.S.B. AS SUCCESSOR
IN INTEREST TO INDYMAC MORTGAGE
HOLDINGS INC., F/K/A INMC MORTGAGE
HOLDINGS, INC., STATE OF TEXAS;
STATE BAR OF TEXAS; EXECUTIVE
DIRECTOR OF THE STATE BAR OF TEXAS;
KENNETH HAMMACK, SHERIFF, POLK
COUNTY, TEXAS; AND CLEBURNE
SWILLEY,RESPONDENTS

IN THE UNITED STATES
DISTRICT COURT FOR
DISTRICT OF COLUMBIA

*[handwritten: motion denied as leave granted to file complaint upon payment of costs. T. Hogan C.J. 9/7/07]*

## MOTION FOR LEAVE TO APPEAR AND FILE PLAINTIFF'S ORIGINAL COMPLAINT OF CIVIL RIGHTS ABUSES, UNLAWFUL DETENTION AND OBSTRUCTION OF JUSTICE

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA AND DEFENDANTS HEREIN:

Complainant, Elijah W. Ratcliff, moves the Court for Leave to Appear and file the attached Original Complaint preliminary to the appointment of Counsel in the above entitled cause to facilitate the administrations of justice, and for more specific reasons appearing in the Complaint and hereinafter.

_____
COMPLAINANT, PRO SE

Case: 1:07-cv-01593
Assigned To : Walton, Reggie B.
Assign. Date : 9/7/2007
Description: PI/Malpractice

Page 1 of 23

Elijah W. Ratcliff
P. O. Box 862
Livingston, Texas 77351-0862
Ph. 936 327-7108
State Bar No. 16559000