Case: 1:07-cv-01593
Assigned To : Walton, Reggie B.
Assign. Date : 9/7/2007
Description: PI/Malpractice

NO. _____

ELIJAH W. RATCLIFF,
COMPLAINANT
VS
ELIZABETH EVELYN COKER (EVANS);
INDYMAC BANK, F.S.B. AS SUCCESSOR
IN INTEREST TO INDYMAC MORTGAGE
HOLDINGS INC., F/K/A INMC MORTGAGE
HOLDINGS, INC., STATE OF TEXAS;
STATE BAR OF TEXAS; EXECUTIVE
DIRECTOR OF THE STATE BAR OF TEXAS;
KENNETH HAMMACK, SHERIFF, POLK
COUNTY, TEXAS; AND CLEBURNE
SWILLEY,RESPONDENTS

IN THE UNITED STATES
DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

*[handwritten annotation: motion for restraining temporary denied. Order Ref. Rules 5.1 see Local Rules 7(f) R.B.W. 9/7/07]*

## TEMPORARY RESTRAINING ORDER

The Court considered this the \_\_\_\_ day of August, 2007, the request of Complainant, Elijah W. Ratcliff, who duly moved the Court for Leave to Appear and file the Complaint in the above entitled cause PLAINTIFF'S ORIGINAL COMPLAINT OF CIVIL RIGHTS ABUSES, UNLAWFUL DETENTION AND OBSTRUCTION OF JUSTICE in proper form and alleging jurisdiction pursuant to **United States Code, Const. Amends. I, V and XIV**, and, **Title 28, United States Code, Sections 1331, 1332(a)(1), 1343, 1367, 1391(b)(2), 1443(1) and (2) and 1447(d); and Title 42, United States Code, Sections 1981, 1982, 1983, 1985 and 1988**, with ancillary jurisdiction attaching to State statutory standards further defining the jurisdiction of the United States District Court consisting of **V.T.C.A. Bus. & C. § 2.721; V.T.C.A. Civ. Prac. & Rem. §§ 34.061, 34.062, 71.021 and 73.001; and V.T.C.A. Finance Code §§ 347.402 and 347.404**, as well as other related common law principles of torts.

I

The Court finds that the pleadings setting forth that Elijah W. Ratcliff, a Registered Voter at 250 W. 43rd Street in New York City as a Citizen of the State of New York, and Elijah W. Ratcliff: "the Unknown Occupants of the Manufactured Home Located at 108 Starghill, Livingston, Texas 77351," who may be served with legal process in the State of Texas at 1000 W. West Street, P. 0. Box 862, Livingston, Polk County, Texas 77351, Complainant, effectively submitted a basis for a temporary restraining Order, and conceivably a preliminary injunction, permanent injunctive relief and compensation against ELIZABETH EVELYN COKER (EVANS), who is the Presiding Judge of the 258th Judicial District of Texas and a resident of Trinity County, Texas who may be served with legal process at 92 E. Westwood Drive in the City of Trinity, Texas 75862-8892; "INDYMAC BANK, F.S.B. AS SUCCESSOR IN INTEREST TO INDYMAC MORTGAGE HOLDiNGS JNC; F/K/A INMC MORTGAGE", hereinafter referred to as Respondent Banks, who may be served with legal process through the Secretary of State of the State of Texas at Austin, Travis County Texas, or one or more roving agents in the State of Texas including service on the related party: Indymac Mortgage Holdings, Inc., via:

Prentice-Hall Corporation System, Inc.

The Court finds, further, that on the 18th day of June, 2007, Respondent Elizabeth Evelyn Coker (Evans), who is the Presiding Judge of the 258th Judicial District of Texas and a resident of Trinity County, Texas, did unlawfully and intentionally interfere corruptly with the fair administration of justice within the jurisdiction of the United States, and the United States

District Court for the District of Columbia, and continues to engage a repetitious series of acts and misconduct exhibited by the record of administrative and personal actions under docket Nos. 18,176 and 18,177, in the District Court of Polk County, Texas, culminated by her actions in presenting or causing to be presented to Complainant, the date of July 3, 2007, as an appropriate date for Complainant to "request" and obtain a setting for hearing a motion in a civil action under docket No. 22,975, before the same Court, with the intent and purpose of executing a fraudulently based warrant to secure the arrest and detention of Complainant and prevent him from complying with a deadline set by the Office of the Clerk of the Supreme Court of the United States on Petition for Writ of Certiorari to the United States Court of Appeals for the Fifth Circuit, U.S.C.A. 5th Cir. No. 06-40528, and the said Elizabeth Evelyn Coker (Evans) did further unlawfully and intentionally interfere corruptly with the fair administration of justice within the jurisdiction of the United States, and the United States District Court for the District of Columbia, and did continue to engage repetitious acts and misconduct exhibited by the record of administrative and personal actions under docket Nos. 18,176 and 18,177, and did carry to effect the above described administrative and personal unlawful arrest, detention and imprisonment of Complainant on the 3rd day of July, 2007, at the 9:30 A.M. Docket Call, without notice, which corrupt and unlawful interference with and obstruction of the fair administration of justice has not ceased to the present time.

    IT IS THEREFORE ORDERED that Respondents be cited to appear on the ____ day of September, 2007, and answer the allegations against them herein, and that Complainant be GRANTED a Temporary Restraining Order against Respondents which shall be made a Preliminary Injunction on the above described date if Respondents, jointly or severally, fail to

show cause why the relief sought by Complainant should not be extended. against Respondent Elizabeth Evelyn Coker (Evans) and all Respondents enjoining further implementation of the **CIVIL RIGHTS ABUSES, UNLAWFUL DETENTION AND OBSTRUCTION OF JUSTICE** as described above.

    SUBSCRIBED this _____ day of August, 2007.

_____
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA