NO. _____

Elijah W. Ratcliff,
Plaintiff-Movant

vs

State of Texas, et al.
Defendants-Respondents

IN the United States
District Court
~~Court of Appeals~~ For
the District of Columbia

NOTICE OF ADDRESS

RECEIVED
OCT 19 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To the Honorable United States ~~Court of Appeals~~ District Court for the
District of Columbia and ~~Defendants~~ Respondents —

Plaintiff-Movant gives Notice of his current address attributable to unlawful detention by Respondant State of Texas, which notice is limited to the Parties rather than their counsel as the time for a response to this original filing is delinquent if not in default.

Subscribed this 24th day of September, 2007.

_____
Plaintiff
Elijah ~~White~~ Ratcliff
# 1455139
P.O. box 9000
Henderson, TX 75653

# AFFIDAVIT OF SERVICE

Elijah W. Ratcliff, Affiant, states under penalties of perjury as if executed before a Notary Public for the State of Texas, which is not available, that a copy of the foregoing Notice of Address was served on the parties to this proceeding as follows: by Certified Mail:

Hon. Lee Hon
District Attorney
Polk County Courthouse
Livingston, TX 77351;

Hon. Dudley Page McClellan
State Bar of Texas
P.O. Box 12487
Austin, TX 78711-2487;

Hon. Robert Scott Davis
10121 E.S.E. Loop 323, Suite 200
Tyler, TX 75701;

Hon. Charles E. Lauffer, Jr.
3301 Golden Road, Suite 400
Tyler, TX 75701;

Hon. Gregg Abbott
Attorney General of Texas
P.O. Box 12548
Austin, TX 78711-2548
and
Mrs. Elizabeth E. Coker (Evans)
Trinity, Texas
P.O. Box 1115
Groveton, TX 75845,

this 25th day of September, 2007.

_____
Elijah W. Ratcliff
AFFIANT