No. 1:07-cv-01593-RBW

Elijah W. Ratcliff,
Plaintiff
vs
Elizabeth Evelyn Coker (Evans),
Et Al.,
Defendants

In The United States
District Court for the
District of Columbia

<u>Motion For Service By U.S. Marshall's Service</u>

To the Honorable United States District Court for the District of Columbia and Counsel for Defendants Herein:

Plaintiff, Elijah W. Ratcliff, moves the Court for an Order directing Service of Process by the United States Marshall's Service pursuant to <u>Fed. Rules Civ. Proc. Rule 4, 28 U.S.C.A.</u>, on all Defendants and Respondents herein, and in support of the Motion relates the following:

I

Following the filing of the immediate Proceeding, Plaintiff, Movant, has been illegally detained by Respondent State of Texas, and the Sheriff of Polk County, Texas, without legal access to his assets, which would have made Service of Process difficult even if he had received the Summonses issued by the Clerk of this Court of September 7, 2007, in due course of Mail.

II

However, the Summonses issued by this Court on September 7, 2007, have not been Served on any Defendant or Respondent herein within the knowledge of Movant, and it is essential that each Summons reissue preliminary to proper Service on each respective Defendant, forthwith.

Page 1

Premises Considered, Movant requests the Court to enter an Order directing the United States Marshall's Service to execute each Summons issued, or to be issued herein, on each Defendant named by the Complaint (Doc. No. 2) filed September 7, 2007.

Dated: January 9, 2008

*Elijah W. Ratcliff*
―――――――――――――
MOVANT

Elijah W. Ratcliff
# 1455139
P.O. Box 9000
Henderson, Texas 75653

Page 2

## Affidavit of Service

Affiant, Elijah W. Ratcliff, states under penalties of perjury that a copy of the foregoing Motions for Service by U.S. Marshall's Service was served by First Class United States Mail on the interested Parties herein as follows:

Elizabeth Evelyn Coker (EVANS)
State of Texas
State Bar of Texas
Executive Director of the State Bar of Texas
Kenneth Hammack, Sheriff
   and
Cleburne Swilley
P.O. Box 1115
Groveton, Texas 75845
   and
INDYMAC BANK, ETC.
% Attorney Charles E. Lauffer, Jr.
3301 Golden Road, Suite 400
Tyler, Texas 75701,

this 9th day of January, 2008.

/s/ Elijah W. Ratcliff
—————————————
AFFIANT

Page 5

State of Texas  
County of Rusk

Declaration of Inability to Pay Costs

Affiant, Elijah W. Roberts, TDCJ-ID # 1455139, states under penalties of perjury as if executed before a proper Notary Public which is currently unavailable, that he is unable to pay the costs in the prosecution of this Civil Action within the contemplation of Title 6, Chapter 132, of the Texas Civil Practices & Remedies Code, and the Federal Rules of Civil Procedure, during the interim of his illegal detention and restraint upon liberty, and requests leave to proceed "in forma pauperis" in the subject and related proceedings, and would show the United States District Court the following:

(1) I am presently incarcerated in the Bradshaw State Jail Unit of the Texas Department of Criminal Justice, Institutional Division, where I am not being permitted to earn or handle money.

(2) I have no immediate or current source of income, known to me.

(3) I currently have $-0- credited to the Inmate Trust Fund, as accounted to me.

(4) During the immediate incarceration by the State of Texas and the Texas Department of Criminal Justice, I have possessed less than Sixty-five ($65.00) dollars, all of which has been exhausted, within the knowledge of Affiant.

(5) I have no unincumbered interest in any realty, stocks, bonds or bank account, and I received

Page 3

No interest or dividend income greater than Ten ($10.00) dollars from any source, or combination of sources, within the past twelve (12 mos.) months known to Affiant.

(6) I have no dependents currently.

(7) I have alleged liabilities of greater than One hundred thousand ($100,000.00) dollars.

(8) I owe no acknowledged or accepted restitution.

(9) My monthly expenses are delinquent or defaulted.

Being presently incarcerated, illegally, in the Bradshaw State Jail of the Texas Department of Criminal Justice, I verify and declare under penalties of perjury that the foregoing statements are true and correct.

Executed on this the 9th day of January, 2008.

_____
AFFIANT

Elijah W. Latcliff
TDCJ No. 1455139
P.O. box 9000
Henderson, Texas 75653

Page 4

NO. 1:07-CV-01593-RBW

Elijah W. Karewh,
Plaintiff
vs
Elizabeth Evelyn Coker (EVANS),
ET AL,
Defendants

In the United States
District Court for the
District of Columbia

## ORDER FOR SERVICE

On this ___ day of January, 2008, it appearing to the Court that an Affidavit in forma pauperis has been filed in behalf of Plaintiff, attached to his Motion for Service by the U.S. Marshal's Service, in the above entitled and numbered proceeding, and it appearing to the Court that such Motion is in proper form and Affiant is illegally restrained in his liberty, without access to assets to prepay the costs herein, it is ordered that the Clerk of this United States District Court reissue Summons and deliver same to the Office of the United States Marshall for service on each Defendant at the respective address indicated by the Complaint (Doc no 2) filed herein on September 7, 2007.

_____
UNITED STATE DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA