RECEIVED

MAR 0 6 2008

No. 1:07-cv-01593-RBW

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Elijah W. Ratcliff, Plaintiff-Movant | In The United States |
| vs | District Court For the |
| Elizabeth Evelyn Coker (Evans), | District of Columbia |
| Et Al., Defendants-Respondents | |

Motion For Reconsideration of Motion
For Temporary Restraining Order And Motion
For Preliminary Injunction

To the Honorable Reggie B. Walton, Judge of the United
States District Court For the District of Columbia and
Respondents Herein:

Plaintiff-Movant, Elijah W. Ratcliff, Moves the Court to reconsider
and grant the Motion For Temporary Restraining Order and the Motion
for Preliminary Injunction by Plaintiff-Movant filed herein (Doc. No. 4)
on September 7, 2007, Entered: September 14, 2007, and in support of
the Motion sets forth the following:

I

The Complaint as well as the Motion For Temporary Restraining
Order and the Motion for Preliminary Injunction set forth in detail facts
showing infringement of his rights to liberty as well as property
and freedom of speech invoking Title 28, United States Code, Section 1343, and
subsequent misconduct by Respondents Elizabeth E. Coker (Evans),

Kenneth Hammock, Sheriff, and the State of Texas invoking jurisdiction pursuant to Title 28, United States Code, Sections 1443 and 1447(d).

## II

The misconduct as set forth in the Original Complaint and Motions, and as described by Paragraph I above, has not abated or mitigated, and, as further proof of the ongoing contraventions of due process and the cited statutory prohibitions, this Court is requested to take judicial notice of Movant's current restraints upon his liberty pursuant to the custody and controll exercised by Defendants-Respondents as set forth in Paragraph I above, and to take further judicial notice of the dilatory State Court Proceedings, to wit:

Ratcliff v Texas
No. 09-05-00 486-CR

No. 09-05-00 481-CR
No. 09-06-00 024-CV

No. 09-07-00 099-CV ; Ratcliff v LHR, Inc.
No. 09-07-00 404-CR and

No. 09-07-00 566-CV ; Ratcliff v LHR, Inc.,

in the Court of Appeals, Ninth District, Beaumont, Texas:
Trial Court No. 18,176 and No. 18,171
Trial Court No. 22,975 ; Ratcliff v LHR, Inc.

## III

Plaintiff-Movant is entitled to the relief sought by the Subject Complaint (Doc. No. 2); Motions for Temporary Restraining Order (Doc No. 4); and Motions for Preliminary Injunction (Doc. No. 4), particularly under the ongoing facts with respect to which the Defendants-Respondents, as set forth in Paragraph I above, have circumvented any abatement or mitigation of their wrongful conduct under the facts of the immediate case.

Premises considered, Plaintiff-Movant requests the United States District Court for the District of Columbia to reconsider and grant the Motion for Temporary Restraining Order and the Motion for Preliminary

Injunction filed herein (Doc. No. 4).

Date: March 1, 2008

Elijah W. Cotcliff
Elijah W. Cotcliff
# 1455139

P.O. Box 9000
Henderson, Texas 75653

## Affidavit of Service

Affiant, Elijah W. Cotcliff, certifies under penalties of perjury as if executed before a proper Notary Public, which is currently not available, that a copy of the foregoing Motion for Reconsideration of Motion for Temporary Restraining Order and Motion for Preliminary Injunction was served by First Class United States Mail on Defendants-Respondents, to wit:

Elizabet Evelyn Coker (Evans)
State of Texas
State Bar of Texas
Executive Director of the
State Bar of Texas
Kenneth Hammack, Sheriff
and
Cleburne Swilley
P.O. Box 1115
Groveton, Texas 75845;
and
INDYMAC Bank, ETC.
c/o Attorney Charles E. Lauffer, Jr.
3300 Golden Road, Suite 400
Tyler, Texas 75701;

this 2nd day of March, 2008.

Elijah W. Cotcliff
AFFIANT

NO. I:07-cv-01593-RBW

Elijah W. Ratcliff, Plaintiff-Movant

vs

Elizabeth Evelyn Cokey (Evans),
Et Al., Defendants-Respondents

In the United States
District Court For the
District of Columbia

## ORDER GRANTING MOTION TO RECONSIDER

On this the ___ day of March, 2008, the Court
Considered the Motion for Reconsideration of Motion
for Temporary Restraining Order and Motion for Preliminary
Injunction filed in the immediate proceeding (Doc. No. 4),
and it appearing to the Court that the Complaint (Doc. No. 1)
as well as the Motion for Temporary Restraining Order (Doc. No. 4)
and the Motion for Preliminary Injunction set forth facts,
duly sworn, specifically and unreservedly showing infringe-
ments of the rights of Plaintiff-Movant under well
established standards and precedents pursuant to and
invoking Title 28, United States Code, Sections 1343, 1443 and
1447(d), and under United States Code, Const. Amend. XIV.
    The Court, furthermore, takes judicial notice of
Ratcliff v Texas, No. 09-05-00480-CV; NO. 09-05-00481-CV;
NO. 09-06-00029-CV and NO. 09-07-00404-CV; (Trial
Court No. 18,176 and No. 18,177) in the Court of Appeals,
Ninth District of Texas, and the dilatory approach
Characterizing the administration of the proceedings

Such that encroachment upon the due process rights of Plaintiff-Movant appear remnant.

The Court, therefore, grants Plaintiff-Movant's Motion to Reconsider and directs Defendants-Respondents Elizabeth Evelyn Coker (Evans); Kenneth Hammack, Sheriff; and the State of Texas to Show Cause within Five (5) days from the date of this Order why the Motion for Temporary Restraining Order and Motion for Preliminary Injunction (Doc. no. 4) filed by Plaintiff-Movant should not be granted.

Entered this ___ day of March, 2008.

_____
United States District Judge
For The District of Columbia