UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELIJAH RATCLIFF, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1593 (RBW) |
| ELIZABETH COKER, et al., | ) |
| Defendants. | ) |

# ORDER

Currently before the Court are the plaintiff's motions for reconsideration of a temporary restraining order, for a preliminary injunction and reconsideration, and for service by the United States Marshal's Service. However, all of the events for which the plaintiff seeks relief in this matter occurred in the State of Texas and all of the defendants are located there. Accordingly, it is on this 11th day of June, 2008,

**ORDERED** that this matter is transferred to the United States District Court for the Eastern District of Texas.

**SO ORDERED** on this 11th day of June, 2008.

/s/_____
REGGIE B. WALTON
United States District Judge