Memorandum

To: Hon. Nancy Mayer Whittington, Clerk
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RECEIVED
JUN 0 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re: Ratcliff v. Coker (Evans), et al.

Date: May 27, 2008

Submitted in support of my Motion for Service by U.S. Marshall's Service (Doc. No. 07 of 01/14/2007) and my Motion for and Petition for injunctive relief (Doc. No. 02 of 09/07/2007 and No. 08 of 03/06/2008), please present the enclosed documents for review and consideration by the Presiding Judge, Hon. Reggie B. Walton. These documents, received this day by me via Certified Mail as reflected by the letter of transmission, are indicative of the unmitigated resolve of Defendant-Respondent State of Texas to further deny my Civil Rights which should be redressed via the immediate Proceeding.

Please file items submitted herewith, through the accompanying stamped reply envelope, or otherwise, as I do not currently have access to a copying source. Also, a supplement to the Docket Sheet for any activity after 03/06/08 will be appreciated.

Thanks again for your assistance.

Elijah W. Ratcliff
Elijah W. Ratcliff
# 1455134
P.O. Box 9000
Henderson, Texas 75653

Enclosures



# WILLIAM LEE HON
## CRIMINAL DISTRICT ATTORNEY

POLK COUNTY, TEXAS
POST OFFICE BOX 1717 • LIVINGSTON, TEXAS 77351
POLK COUNTY COURTHOUSE

TEL: (936) 327-6868

FAX: (936) 327-6875 - FELONY DIVISION
FAX: (936) 328-6862 - MISDEMEANOR DIVISION

May 21, 2008

Hon. Carol Anne Flores, Clerk
The Honorable Court of Appeals
Ninth Supreme Judicial District
1001 Pearl, Suite 330
Beaumont, Texas 77701

   RE: Court of Appeals Number: 09-07-00404-CR
       Trial Court Case Number: 18,176

   STYLE: ELIJAH WHITE RATCLIFF
        vs.
        THE STATE OF TEXAS

Dear Ms. Flores:

   Enclosed please find, in regard to the above-entitled and numbered cause, the original and five copies of the State's *"First Motion For Extension of Time for Filing State's Brief"* for thirty (30) days to June 23, 2008. I would appreciate your filing same in the usual manner.

   Thank you for your kind consideration and assistance in this request.

                             Very truly yours,

                             WILLIAM LEE HON
                             Criminal District Attorney

WLH/rr
enclosures
CERTIFIED MAIL/
RETURN RECEIPT REQUESTED
cc: Elijah White Ratcliff
   (CM/RRR)

NO. PC020034

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| vs. | §§§ | 411th JUDICIAL DISTRICT |
| ANTWAIN FRANKLIN | §§ | POLK COUNTY, TEXAS |

## ORDER FOR A SETTING ON MOTION TO SUPPRESS

The Defendant filed a Motion to Suppress. The Court finds that the party is entitled to a hearing on this matter, and it is THEREFORE ORDERED that a hearing on this motion is set for _June 11th 2008_, at _1:30 pm_.

Signed on _May 20th 2008_.

_____
JUDGE PRESIDING

FILED FOR RECORD
2008 MAY 20 AM 8:32
KATHY E. CLIFTON DISTRICT CLERK
POLK COUNTY, TEXAS
BY_____

No. 09-07-00404-CR
IN THE
COURT OF APPEALS
FOR THE
NINTH DISTRICT OF TEXAS
Beaumont, Texas

---

ELIJAH WHITE RATCLIFF. Appellant

vs.

THE STATE OF TEXAS, Appellee

---

FIRST MOTION FOR EXTENSION OF TIME FOR FILING
STATE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Comes Now, THE STATE OF TEXAS, Appellee herein, acting by counsel, WILLIAM LEE HON, Criminal District Attorney, and in accordance with TEX. R. APP. P. 74(1)(N), hereby requests an extension of time in which to file State's Brief, and would respectfully show the Court:

1. Trial Court Style:

Cause No. 18,176

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| --- | --- | --- |
| VS. | § § | OF POLK COUNTY, TEXAS |
| ELIJAH WHITE RATCLIFF | § § | 258TH JUDICIAL DISTRICT |

2. Date of Judgment: November 15, 2005

3. Date of Sentence: November 15, 2005

4. Offense: Insurance Fraud

5. Punishment Assessed: Two (2) years in State Jail.

6. Date of Filing of Motion for New Trial: None

7. Present Filing Deadline: May 23, 2008

8. Length of Extension Requested: THIRTY (30) DAYS

9. Number of Previous Extensions: None

10. Good Cause for this Extension is as Follows:

   A. Preparation for the 411th Jury Trial Dockets that were scheduled on May 5, 2008 and on May 19, 2008.

   C. Preparation of numerous cases for Grand Jury that is scheduled for May 30, 2008.

   D. Preparation for numerous and lengthy ancillary dockets in the 258th and 411th Judicial District Courts that were scheduled on May 12, 2008, May 13, 2008 and May 14, 2008.

Respectfully submitted,

WILLIAM LEE HON,
Criminal District Attorney

## VERIFICATION

STATE OF TEXAS § § §
COUNTY OF POLK

BEFORE ME, the undersigned authority personally appeared WILLIAM LEE HON, known to me to be a credible person of lawful age and qualified in all respects to make this affidavit, who by me first duly sworn and upon his oath, deposed and stated the he has personal knowledge of the facts alleged in the foregoing "*First Motion For Extension of Time for Filing State's Brief*" and the same are true and correct.

WILLIAM LEE HON
Criminal District Attorney

SUBSCRIBED AND SWORN TO BEFORE ME on this the 21st day of May, 2008, to certify which witness my hand and seal of office.

RHONDA RAYMOND
Notary Public, State of Texas
My Commission Expires
01-28-2012

NOTARY PUBLIC, STATE OF TEXAS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on Appellant, ELIJAH WHITE RATCLIFF, Post Office Box 9000, Henderson, Texas 75653, on this the 21st day of May, 2008, by certified mail, return receipt requested.

WILLIAM LEE HON
Criminal District Attorney