Memorandum

To: Hon. Nancy Mayer Whittington, Clerk
United States District Court
District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Ratcliff v Coker (Evans), et al.
No. 1: 07-cv-01593 (RBW) —
Order of 06-11-2008

RECEIVED
JUL - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Date: June 30, 2008

No motion for rehearing or appeal was made from the Court's Order of June 11, 2008, because of my priority in having a Court of proper jurisdiction, promptly, consider the merits of the pending motions and Petition as well as the pleadings. However, I request that you call to the attention of the presiding Judge my concern about inappropriately trivializing the jurisdiction invoked within the jurisdiction of the District of Columbia by the misconduct of Mrs. Elizabeth E. Coker (Evans), who was, also, the presiding Judge of the 258th Judicial District, which encompasses Polk County, Texas, in executing administrative documents, and, subsequently, legal document to effect my illegal arrest and prevent the timely presentation of a

Page 1